PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**



# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Charles Eugene Prewitt

Crim. No. 2:17CR37KS-MTP-001

On ___01/22/2016___ the above named was placed on probation/supervised release for a period of ___10___ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Amanda C. Pierce_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___19th___ day of ___March___, ___2018___.

_Keith Starrett_
United States District Judge